**JS - 6**

**FILED: 12/9/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MEGA CAPITAL FUNDING INC. ) <br> ) <br> Defendants. ) <br> _____ ) | **CASE NO. 14-1187 GHK (ASx)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED:   12/9/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE